■ SEQUOIA PACIFIC VOTING EQUIPMENT, INC., Plaintiff, v CITY OF NEW YORK et al., Defendants. (And a Third-Party

Action.) DELOITTE & TOUCHE L. L. P., Third-Party Plaintiff-Appellant, v SEQUOIA PACIFIC VOTING EQUIPMENT, INC., Third-Party Defendant-Respondent. [690 NYS2d 451] —Order, Supreme Court, New York County (Paula Omansky, J.), entered October 7, 1998, unanimously affirmed for the reasons stated by Omansky, J., without costs or disbursements. No opinion. Order filed. Concur—Ellerin, P. J., Wallach, Lerner and Friedman, JJ.